IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **ESTATE OF AUSTIN D. HERRICK,**<br><br>    **Plaintiff,**<br><br>**vs.**<br><br>**UNITED STATES OF AMERICA,**<br><br>    **Defendants.** | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:12CV671DAK<br><br>Judge Dale A. Kimball |

On March 28, 2016, Plaintiff filed a Motion for Clarification of the court's March 25, 2016 Memorandum Decision and Order. The court GRANTS Plaintiff's motion. The court intended to award Plaintiff the refund it was due plus interest under 26 U.S.C. § 6611. Accordingly, the court's March 25, 2016 Memorandum Decision and Order is amended to clarify and provide that Plaintiff is due a refund less tax, penalties, and interest that were owed the IRS in the amount of $1,197,979.15, plus interest pursuant to 26 U.S.C. § 6611 as computed through March 25, 2016 in the amount of $390,662.39, plus interest pursuant to 26 U.S.C. § 6611 for the period of time from March 25, 2016, until the judgment is paid. The court requests the Clerk of Court to enter an Amended Judgment reflecting this clarification.

Dated this 31st day of March, 2016.

        BY THE COURT:

        _____
        Dale A. Kimball,
        United States District Judge